

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Ex Parte: Nijinski Tywon Murphy

No. 06-13-00198-CR

Original Habeas Proceeding

Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the petition for writ of habeas corpus should be dismissed for want of jurisdiction. Therefore, we dismiss the petition.

RENDERED SEPTEMBER 11, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk